IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


JONATHAN EUGENE BRUNSON,
                        Plaintiff,
                v.                                    **Judgment in a Civil Case**
CAROLINE L. HAMILTON and L.
GUEDALIA,
                        Defendants.                   Case Number: 5:11-CT-3138-FL



**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for
frivolity review pursuant to 28 U.S.C. § 1915.


**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on November 28, 2011, with service on:
Jonathan Eugene Brunson  0493187, Pasquotank Correctional Institution, 527 Commerce Drive,
Elizabeth City, NC 27906  (via U.S. Mail)




November 28, 2011                          /s/ Dennis P. Iavarone
                                           Clerk