IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JONATHAN EUGENE BRUNSON,
        Plaintiff,
    v.
CAROLINE L. HAMILTON and L.
GUEDALIA,
        Defendants.

**Judgment in a Civil Case**

Case Number: 5:11-CT-3138-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on November 28, 2011, with service on:
Jonathan Eugene Brunson 0493187, Pasquotank Correctional Institution, 527 Commerce Drive, Elizabeth City, NC 27906 (via U.S. Mail)

November 28, 2011

/s/ Dennis P. Iavarone
Clerk